```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATASHA DAVIS,

                Plaintiff,                                      JUDGMENT
                                                                11-CV-0782 (RRM) (RER)
    - against -

BOMBARDIER TRANSPORTATION
HOLDINGS (USA) INC,

                Defendant.
-----------------------------------------------------------X
```

A Memorandum and Order having been issued this day granting summary judgment for defendant, dismissing all federal claims brought by plaintiff against defendant, and declining to exercise supplemental jurisdiction as to claims brought by plaintiff against defendant under the New York State and New York City Human Rights Laws, it is hereby

**ORDERED, JUDGED AND DECREED** that plaintiff take nothing from defendant, and that this action is hereby dismissed.

Dated: Brooklyn, New York            *Roslynn R. Mauskopf*
       December 24, 2013           _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge