UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATASHA DAVIS,

        Plaintiff,                                          **JUDGMENT**
                                                                   11-CV-0782 (RRM) (RER)

  - against -

BOMBARDIER TRANSPORTATION
HOLDINGS (USA) INC,

        Defendant.
-----------------------------------------------------------X

        A Memorandum and Order having been issued this day granting summary judgment for defendant, dismissing all federal claims brought by plaintiff against defendant, and declining to exercise supplemental jurisdiction as to claims brought by plaintiff against defendant under the New York State and New York City Human Rights Laws, it is hereby

        **ORDERED, JUDGED AND DECREED** that plaintiff take nothing from defendant, and that this action is hereby dismissed.

Dated:  Brooklyn, New York
            December 24, 2013

                                                                *Roslynn R. Mauskopf*
                                                                _____
                                                                ROSLYNN R. MAUSKOPF
                                                                United States District Judge